**Order filed September 4, 2014**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00432-CV

———————

## LAWRENCE THOMPSON, Appellant

### V.

## KERRY ALLEN, Appellee

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2013-10948**

## O R D E R

This appeal is from a judgment signed December 18, 2013. The notice of appeal was filed May 1, 2014. It appears the notice of appeal is untimely but we are unable to make that determination because the clerk's record has not been filed. Appellant has filed an affidavit of indigency in this court. Prior to any determination of indigency, we must first determine our jurisdiction. Accordingly, we enter the following order.

The Harris County District Clerk is directed to file a partial clerk's record on or before September 15, 2014, containing (1) the court's judgment; (2) any request for findings of fact and conclusions of law, any post-judgment motion, and the court's order on the motion; and (3) the notice of appeal.


PER CURIAM